UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THRASHER,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSEPH ESHOM, et al.,<br><br>      Defendants. | Case No. C07-0361-JCC<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 73), Plaintiff's Objections to the R&R (Dkt. No. 77), Defendants' Motion to Strike and Response to Plaintiff's Objections (Dkt. No. 80), and the governing law and balance of the record, does hereby find and ORDER as follows.

Plaintiff objects to the R&R by relying upon conclusory statements in his memorandum (Dkt. No. 77) and in his own Declaration (Dkt. No. 78). Plaintiff does not marshal any admissible evidence to persuade the Court that the R&R is in error. Accordingly:

(1) The Court adopts the Report and Recommendation.

(2) Defendants Alvarez and Olmstead's Motion for Summary Judgment (Dkt. No. 26) and defendants Eshom and Williams's Motion for Summary Judgment (Dkt. No. 35) are GRANTED and plaintiff's Complaint (Dkt. No. 7) is DISMISSED with prejudice. This case is now CLOSED.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to

01       Judge Donohue.

02 DATED this 24th day of June, 2008.

                                                                               John C. Coughenour  
                                                                               United States District Judge